UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

ZUFFA, LLC d/b/a Ultimate Fighting Championship,

Plaintiff,

-against-

PETER SICILIAN, Individually, and as officer, director, shareholder, principal, manager and/or member of SBC HOLDINGS LLC d/b/a HATFIELDS,

and

SBC HOLDINGS LLC d/b/a HATFIELDS,

Defendants.

**JUDGMENT**
Civil Action No.:
1:22-CV-02942-WFK-PK

Plaintiff's Motion for Default having been filed and Defendants PETER SICILIAN, and SBC HOLDINGS LLC d/b/a HATFIELDS having failed to appear, plead or otherwise defend in this action and their default having been entered, and good cause having been shown, it is hereby,

**ORDERED AND ADJUDGED** that Plaintiff, ZUFFA, LLC does recover jointly and severally of Defendants PETER SICILIAN, and SBC HOLDINGS LLC d/b/a HATFIELDS a total judgment of FIFTEEN THOUSAND ($15,000.00) DOLLARS, with interest as provided by law consisting of:

1. FIVE THOUSAND DOLLARS ($5,000.00) pursuant to 17 U.S.C. §504(c)(1); and

2. TEN THOUSAND DOLLARS ($10,000.00) pursuant to 17 U.S.C. §504(c)(2), for Defendant's willful violation of 17 U.S.C. §501; and it is further,

**ORDERED AND ADJUDGED** that pursuant to Rule 54(b) of the Federal Rules of Civil

Procedure, there is no just reason for delay in this Default Judgment as the interest of justice require the issuance of judgment as requested without further delay.

Dated: September 22, 2022

**SO ORDERED.**

WFK

**HON. WILLIAM F. KUNTZ**
United States District Judge